# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HIMONIC, LLC<br><br>                 Plaintiff(s),<br>vs.<br><br>TING-PONG CHOW<br><br>                 Defendant(s). | Case No. 2:17-cv-03023-MMD-NJK<br><br>ORDER |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff failed to file a certificate of interested parties. Accordingly, Plaintiff must file a certificate of interested parties no later than December 15, 2017.

IT IS SO ORDERED.

Dated: December 11, 2017

                                                              _____
                                                              Nancy J. Koppe
                                                              United States Magistrate Judge